United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SUNIL SHAHU, *et al.*,** | § | |
| **Petitioners,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00879** |
| | § | |
| **ATTORNEY GENERAL, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioners' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). On July 2, 2026, the Fifth Circuit issued a decision in *Sosnava Rodriguez v. Ortega,* No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026) ("*Sosnava Rodriguez*").

In light of the Fifth Circuit's recent decision, the Court **ORDERS** Respondents to file supplemental briefing by **July 14, 2026**, addressing what effect, if any, *Sosnava Rodriguez* has on each of the claims raised in Petitioners' habeas petition. Petitioners may file a reply to Respondents' briefing on or before **July 28, 2026**.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioners by any receipted means at the following addresses:

**Sunil Shahu**
**A# 221390495**
**Webb County Detention Center**
**9998 S. Highway 83**
**Laredo, TX 78046**

**Khusbu Jaiswal**
**A# 221390493**
**Laredo Processing Center**
**4702 E. Saunders St**

**Laredo, TX 78041**

IT IS SO ORDERED.

SIGNED this July 9, 2026.

Diana Saldaña
United States District Judge